UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JORGE LUIS-SALGADO,

        Defendant.

CR. NO. S-97-0383 WBS
CV NO. S-10-2648 WBS

ORDER

----oo0oo----

        Defendant Jorge Luis-Salgado was sentenced in this action on March 18, 1998.  His conviction was affirmed by the Ninth Circuit on May 18, 1999.  His first petition for relief under 28 U.S.C. § 2255 was filed on January 24, 2000, and was denied by this court on September 27, 2000.  He was given a certificate of appealability by this court on November 2, 2000, and on October 25, 2001, the Ninth Circuit affirmed this court's order denying his petition.

        Presently before this court is a second petition from Luis-Salgado for relief under § 2255.  Before a defendant may proceed with a second or successive motion under § 2255, he must

1

1  receive a certification from the Court of Appeals pursuant to the
2  provisions of 28 U.S.C. § 2244.  28 U.S.C. § 2255(h).  Because it
3  does not appear that Luis-Salgado has obtained such a
4  certification, his present petition must be dismissed.
5              IT IS THEREFORE ORDERED that defendant Jorge Luis-
6  Salgado's petition for relief pursuant to 28 U.S.C. § 2255, filed
7  September 27, 2010, be, and the same hereby is, DISMISSED.
8  DATED:  October 1, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE