UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JORGE LUIS-SALGADO,

        Defendant.

CR. NO. S-97-0383 WBS
CV NO. S-10-2648 WBS

ORDER

----oo0oo----

       Neither Deutscher v. Angelone, 16 F.3d 981 (9th Cir. 1994) nor Barapind v. Reno, 225 F.3d 1100 (9th Cir. 2001), cited by defendant in his motion for reconsideration, are inconsistent with this court's Order dismissing his September 27, 2010 petition for relief pursuant to 28 U.S.C. § 2255.  Defendant may not proceed with a second or successive motion under § 2255 without a certification from the Court of Appeals pursuant to the provisions of 28 U.S.C. § 2244.  Defendant's Motion for Reconsideration, filed October 12, 2010, is accordingly DENIED.

DATED: October 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE